**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,                         Criminal No. 09-263 (JRT/JJG)

                        Plaintiff,

v.                                                                                **ORDER**

MATTHEW DOUGLAS HOLT,

                        Defendant.

---

Charlie J. Kovats, Jr. and James S. Alexander, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Matthew Douglas Holt, 5920 W 41st Street West, St. Louis Park, MN 55416, *pro se* defendant.

This matter is before the Court on the Defendant's Request to Terminate Supervised Release [ECF No. 54].  The Court has reviewed the request and consulted with U.S. Probation and Pretrial Services.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Defendant's Request to Terminate Supervised Release is **GRANTED.**

DATED: April 15, 2026
at Minneapolis, Minnesota                         _____
                                   s/John R. Tunheim
                                JOHN R. TUNHEIM
                        United States District Judge